1  D. R. (Rob) Case (WSBA #34313)
2  Paul M. Larson (WSBA #6010)
3  James S. Berg (WSBA #7812)
   **Larson Berg & Perkins PLLC**
4  Attorneys for Plaintiffs
5  P.O. Box 550
6  Yakima, WA  98907-0550
   Phone:  (509) 457-1515
7  Fax:  (509) 249-0619
8  Email:  Rob@LBPlaw.com
9  Email:  Paul@LBPlaw.com
   Email:  JSBerg@LBPlaw.com
10

11              UNITED STATES DISTRICT COURT
12              EASTERN DISTRICT OF WASHINGTON

13
14  BRADLEY I. KING and GERALYNN G.
    KING, husband and wife; BRIAN E. KING
15  and KRISTI A. KING, husband and wife;
16  CURTIS P. KING and LOIS A. KING,          NO. CV-09-3110-EFS
    husband and wife; GARY E. KING and
17  MARGARET A. KING, husband and wife;       **STIPULATION AND**
18  DONALD CRAIG and TERESITA CRAIG,          **ORDER OF DISMISSAL**
    husband and wife; ERIN CRAIG, a           **WITH PREJUDICE AND**
19  natural person; JUSTIN CRAIG, a natural   **WITHOUT COSTS**
20  person; KENNETH CRAIG and ROSE
21  MARIE CRAIG, husband and wife; GREG
    AFF and DEENA AFF, husband and wife;
22  JOHN BROADFOOT and CANDACE
23  BROADFOOT, husband and wife; ERIC
    M. FAGGIONATO and ANDREA M.
24  FAGGIONATO, husband and wife;
25  MATHEW PIETRUSIEWICZ and
26  JENNIFER K. PIETRUSIEWICZ,
    husband and wife; TODD NEWLEAN and
27  MICHELLE NEWLEAN, husband and
28  wife; TEDDY B. SPARLING, JR., and
29  LISA M. SPARLING, husband and wife;
30

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS - 1**

LARSON BERG & PERKINS PLLC
105 North 3rd Street
P.O. Box 550
Yakima, WA  98907
(509) 457-1515
(509) 249-0619 (fax)

1  LAWRENCE D. WILDER, and ARELE
2  WILDER, husband and wife; and NICOLA
3  O'SULLIVAN, a natural person, and THE
   NICOLA O'SULLIVAN TRUST, with
4  Nicola O'Sullivan as Trustee,
5
6          Plaintiffs,
7
           vs.
8
9  KESSELRING HOLDING
   CORPORATION, a Delaware
10 corporation; KESSELRING CORP., INC.,
11 a Florida corporation; VIRGIL LEE
12 SANDIFER, JR. (a/k/a "Brother"
   Sandifer), a natural person; JOSEPH A.
13 SILVA, a natural person; ANY
14 UNKNOWN DIRECTORS of Kesselring
15 Holding Corporation; ANY UNKNOWN
16 OFFICERS of Kesselring Holding
   Corporation; ANY UNKNOWN
17 DIRECTORS of Kesselring Corp., Inc.;
18 and ANY UNKNOWN OFFICERS of
19 Kesselring Corp., Inc.,
20
           Defendants.
21
22
23                    **STIPULATION**
24      The parties, where applicable by and through their attorneys of
25
26 record, stipulate that all parties to the above-entitled action have signed a
27 confidential Settlement Agreement, that this controversy has been settled,
28
29 and that the annexed order be entered, without further notice, dismissing
30

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS - 2**

LARSON BERG & PERKINS PLLC
105 North 3rd Street
P.O. Box 550
Yakima, WA 98907
(509) 457-1515
(509) 248-0610 (fax)

the complaint, any and all counterclaims, any and all cross-claims, and/or

any and all third-party claims with prejudice and without costs.

DATED: _April 5ᵗʰ_____, 2010.


_____
JAMES S. BERG (WSBA #7812)
Larson Berg & Perkins PLLC
*Attorneys for Plaintiffs*


_____
JOSEPH A. SILVA
*Defendant*

KESSELRING HOLDING
CORPORATION, *Defendant*


By _____
Its _____


_____
VIRGIL LEE (BROTHER)
SANDIFER, JR., *Defendant*

KESSELRING CORPORATION,
INC., *Defendant*


By _____
Its _____


**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS - 3**

LARSON BERG & PERKINS PLLC
105 North 3rd Street
P.O. Box 550
Yakima, WA 98907
(509) 457-1515
(509) 248-0618 (Fax)

1

## ORDER

2

3        THIS MATTER having come on before the court upon the written

4

stipulation of the parties and inasmuch as this matter has been fully

5

6  settled, now, therefore,

7        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

8

9  the above-entitled action, including any and all counterclaims, cross-

10

claims, and/or third-party claims, be, and the same hereby is, dismissed
11

12  with prejudice and without costs.

13        DONE this _____ day of _____, 2010.

14

15

16

17                                    _____

                                      U.S. District Court Judge
18

19

20

21

22

23

24

25

26

27

28

29

30

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS - 4

LARSON BERG & PERKINS PLLC
105 North 3rd Street
P.O. Box 550
Yakima, WA  98907
(509) 457-1515
(500) 040 0610 (fax)