UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADLEY I. KING, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KESSELRING HOLDING<br>CORPORATION, et al.,<br><br>　　　　　Defendants. | NO. CV-09-3110-EFS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

　　Before the Court is the parties' Stipulation and Order of Dismissal with Prejudice and without Costs (Ct. Rec. 72), filed April 5, 2010. Based on the Stipulation, **IT IS HEREBY ORDERED:**

　　1. Plaintiffs' Stockholders' Derivative Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without fees and costs to any party.

　　2. This file shall be closed.

　　3. All pending motions are **DENIED** as moot.  All hearings are **STRICKEN**.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and provide copies to counsel.
3  **DATED** this 5th day of April 2010.

6                         S/ Edward F. Shea
                           EDWARD F. SHEA
7                    United States District Judge

8  Q:\Civil\2009\3110.Stip.Dismiss.wpd

ORDER * 2